Eastern District of Kentucky
**FILED**

FEB 27 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

**UNITED STATES OF AMERICA**

**V.**                                    **INDICTMENT NO.** 6:25-cr-014-REW

**VICKI L. ALLRED**                  *   *   *   *   *

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. 841(a)(1)

On or about April 23, 2024, in Pulaski County, in the Eastern District of Kentucky,

### VICKI L. ALLRED

did knowingly and intentionally possess with the intent to distribute 50 grams or more of

a mixture or substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 18 U.S.C. 924(c)(1)(A)

On or about April 23, 2024, in Pulaski County, in the Eastern District of Kentucky,

### VICKI L. ALLRED

did knowingly possess a firearm in furtherance of a drug trafficking offense for which she

may be prosecuted in a Court of the United States, as set forth in Count 1, that is, possession

with the intent to distribute a mixture or substance containing a detectable amount of

methamphetamine, in violation of 21 U.S.C. § 841(a)(1), all in violation of 18 U.S.C.

§ 924(c)(1)(A).

## FORFEITURE ALLEGATIONS
### 21 U.S.C. § 853
### 18 U.S.C. § 924(d)(1)
### 28 U.S.C. § 2461

1.      By virtue of the commission of the felony offenses alleged in Count 1 of the Indictment, **VICKI L. ALLRED** shall forfeit to the United States any and all property used, or intending to be used, to commit and to facilitate the commission of the violations of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 841. Any and all interest that **VICKI L. ALLRED** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2.      By virtue of the commission of the offense alleged in Count 2 of the Indictment, **VICKI L. ALLRED** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation(s) of 18 U.S.C. § 924. Any and all interest that **VICKI L. ALLRED** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3.      The property to be forfeited includes, but is not limited to, the following items seized on or about April 23, 2024:

### FIREARMS AND AMMUNITION:

a. Lantac 9mm handgun with serial number SSC031899;
b. Smith & Wesson .22 Caliber rifle with serial number LAZ1597;
c. Smith & Wesson AR-15 rifle with serial number TJ87035;
d. Citadel 12-Gauge shotgun with serial number 21SA-KR69945; and
e. All associated ammunition and accessories, including magazines.

4.      If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**A TRUE BILL**

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

### COUNT 1:

Not less than 5 years and not more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

### COUNT 2:

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

**PLUS:**      Forfeiture of all listed property.

**PLUS:**      Mandatory special assessment of $100 per count.

**PLUS:**      Restitution, if applicable.